IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

*In re*

IRISH BANK RESOLUTION CORPORATION
LIMITED (IN SPECIAL LIQUIDATION),

　　　　　Debtor in a foreign proceeding.

---------------------------------------------------------------x

Chapter 15

Case No. 13-12159 (CSS)

**Re: D.I. 6**

## ORDER SCHEDULING RECOGNITION HEARING AND SPECIFYING THE FORM AND MANNER OF SERVICE OF NOTICE

Upon the *Motion to Approve Order (i) Specifying Form and Manner of Service of Notice and (ii) Scheduling a Hearing on Chapter 15 Petition for Recognition*, dated August 26, 2013 [D.I. 6] (the "**Motion**")[1] of Kieran Wallace and Eamonn Richardson (the "**Foreign Representatives**" or the "**Special Liquidators**"), as the duly appointed foreign representatives, as defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") of Irish Bank Resolution Corporation Limited ("**IBRC**" or "**Debtor**") in this case under chapter 15 of the Bankruptcy Code for entry of an order Scheduling a Hearing and Specifying the Form and Manner of Service of Notice; this Court having reviewed the Motion; this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the amended standing order of reference to bankruptcy judges dated February 29, 2012 signed by Chief Judge Gregory M. Sleet; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause to grant the relief ordered herein, and after due deliberation;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

RLF1 9279457v.1

**IT IS HEREBY ORDERED THAT:**

1. A hearing (the "**Hearing**") to consider the Foreign Representatives' Verified Petition Under Chapter 15 for Recognition of a Foreign Proceeding (the "**Petition for Recognition**") together with the form chapter 15 petition of the Debtor filed contemporaneously herewith (the "**Chapter 15 Petition**") shall be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 20, 2013 at 2:00 p.m. (Eastern Daylight Time).**

2. The form of notice of hearing substantially in the form annexed to the Motion as "Exhibit B" (and in the form annexed hereto as Exhibit 1) (the "**Notice**") is hereby approved.

3. The notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this Chapter 15 Case and hereby waived.

4. Copies of the Notice shall be served by United States Postal Service first-class postage prepaid mail, upon the Notice Parties, on or before **August 30, 2013**.

5. Notices shall be published once in the Wall Street Journal, the New York Times and the Boston Globe within three (3) business days of the entry of this Order.

6. Any party-in-interest wishing to submit a response or objection to the Chapter 15 Petition or the relief requested by the Foreign Representatives must do so in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and in writing and setting forth the basis therefor, which response or objection must be filed with the Court electronically or with the Clerk of the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon Linklaters LLP, 1345 Avenue of the Americas, New York, New York, 10105 (Attention: Robert H. Trust, Esq.) and

Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Jason M. Madron, Esq.), so as to be received no later than **4:00 p.m. (Eastern Daylight Time) on September 13, 2013**.

7. Service of the Notice and publication of the Notice in accordance with this Order is hereby approved as adequate and sufficient notice of the Hearing to consider the Chapter 15 Petition.

8. The Hearing may be adjourned from time to time without notice other than an announcement in open court at the Hearing or the adjourned date of the Hearing and filing of a notice on the Court's electronic docket of this case.

9. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: August ___, 2013
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 9279457v.1