IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

..................................................
*In re*                                            :
IRISH BANK RESOLUTION CORPORATION   :   Chapter 15
(LIMITED)(IN SPECIAL LIQUIDATION)       :
                                                   :   Case No. 13-12159(CSS)
         Debtor in a foreign proceeding    :   **Hearing Date: 10/8/2013  11:00 am**
..........................................……..:   **Docket Nos. 66, 86**

## JOINDER OF CASTLEWAY PROPERTIES, LLC AND WALNUT-RITTENHOUSE ASSOCIATES, L.P. TO THE OBJECTION OF BURLINGTON ALPHA LLC AND BURLINGTON BETA LLC TO SPECIAL LIQUIDATORS' MOTION FOR <u>PROTECTIVE ORDER</u>

Castleway Properties, LLC ("Castleway") and Walnut-Rittenhouse Associates, L.P. ("Walnut"), Pennsylvania entities and borrowers from and claimants against Irish Bank Resolution Corporation, by and through their undersigned counsel, join in and adopt as their own the legal and factual arguments made in the *Objection of Burlington Alpha LLC and Burlington Beta LLC to the Special Liquidators' Motion for Protective Order*.

### <u>OBJECTION</u>

Castleway and Walnut object to the entry of any order that would limit their right to discovery as afforded by Fed. R. Civ. P. 26(b)(1) as made applicable to these proceedings. Castleway and Walnut also hereby reserve all rights, including the right to participate in the discovery that has been propounded in this case and to propound their own discovery requests.

**WHEREFORE,** Castleway and Walnut respectfully request that the Court deny the Motion for a Protective Order and grant such other and further relief as the Court may deem just and proper.

1

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: October 3, 2013

By: /s/ Charles J. Brown, III
Charles J. Brown, III, Esq. (#3368)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Phone: 302.425.5813/ Fax: 302.425.5814

-and-

Doron A. Henkin, Esq.
Law Offices of Doron A. Henkin
Radnor Financial Center
150 N. Radnor-Chester Road, Suite F200
Radnor, PA 19087
Phone: 610.977.2083 / Fax 610.572.7130
Email: dhenkin@henkinlaw.com

Attorneys for Castleway Properties, LLC and Walnut-Rittenhouse Properties, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing *Joinder of Castleway Properties, LLC and Walnut-Rittenhouse Associates, L.P to the Objection of Burlington Alpha LLC and Burlington Beta LLC to the Special Liquidators' Motion for Protective Order* to be served via first class mail, postage prepaid upon the following:

Van C. Durrer, II, Esq.
Annie Z. Li, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071

Robert H. Trust, Esq.
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

|  |  |
|---|---|
|  | GELLERT SCALI BUSENKELL & BROWN, LLC |
| Dated: October 3, 2013 | By: */s/ Charles J. Brown, III*<br>Charles J. Brown, III, Esq. (#3368)<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Phone: 302-425-5813 |