IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :   Chapter 15
                                                :
IRISH BANK RESOLUTION CORPORATION               :   Case No. 13-12159 (CSS)
(IN SPECIAL LIQUIDATION),                       :
                                                :
           Debtor in a foreign                  :
           proceeding.                          :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 8, 2013 AT 11:00 A.M. (EASTERN)

Set forth below are the matters scheduled to be heard before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware, on October 8, 2013 beginning at 11:00 a.m. (Eastern).

**I.   CONTESTED MATTERS GOING FORWARD**

1.  Emergency Motion for Provisional Relief Upon Filing Petition for Recognition of Foreign Proceeding Pursuant to 11 U.S.C. §§ 105(a) and 1519 (Docket No. 46) (Filed 9/17/13)

    Related Documents:

    a.  Declaration of Kieran Wallace in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding (Docket No. 4) (Filed 8/26/13)

    b.  List of Entities Against Whom Provisional Relief is Sought (Docket No. 47) (Filed 9/17/13)

    c.  Notice of Emergency Motion for Provisional Relief Upon Filing Petition for Recognition of Foreign Proceeding Pursuant to 11 U.S.C. §§ 105(a) and 1519 (Docket No. 64) (Filed 9/19/13)

---

[1]   **Revisions to the prior version of the agenda are indicated by bold text.**

    d.       Order Granting Provisional Relief Upon Filing Petition for Recognition of Foreign Proceeding Pursuant to 11 U.S.C. §§ 105(a) and 1519 (Docket No. 79) (Filed 9/23/13)

    e.       Further Amended List of Entities Against Whom Provisional Relief is Sought (Docket No. 81) (Filed 9/24/13)

Objection
Deadline:    September 20, 2013 at 2:00 p.m. (Eastern), extended until September 30, 2013 at 4:00 p.m. (Eastern) for the Flynn parties. Reply deadline is October 4, 2013 at 4:00 p.m. (Eastern)

Objections/Responses Filed:

    a.       Objection by John Flynn Sr. *et al.* to the Emergency Motion for Provisional Relief Upon Filing Petition for Recognition of Foreign Proceeding Pursuant to 11 U.S.C. §§ 105(a) and 1519 (Docket No. 87) (Filed 9/30/13)

    b.       Declaration of Eddie Fitzpatrick in Opposition to the Granting of a Provisional Order Applying Section 362 of the Bankruptcy Code in the Above-Captioned Chapter 15 Case (Docket No. 88) (Filed 9/30/13)

    c.       Declaration of John Flynn in Opposition to the Granting of a Provisional Order Applying Section 362 of the Bankruptcy Code in the Above-Captioned Chapter 15 Case (Docket No. 89) (Filed 9/30/13)

    d.       Declaration of Jarlath Ryan in Opposition to the Granting of a Provisional Order Applying Section 362 of the Bankruptcy Code in the Above-Captioned Chapter 15 Case (Docket No. 90) (Filed 9/30/13)

    e.       Attachments to Declaration of John Flynn in Opposition to the Granting of a Provisional Order Applying Section 362 of the Bankruptcy Code (Docket No. 92) (Filed 10/1/13)

    **f.**       **Foreign Representatives' Reply in Support of the Emergency Motion for Provisional Relief Upon Filing Petition for Recognition Of Foreign Proceeding Pursuant To 11 U.S.C. §§ 105(a) and 1519 (Docket No. 96) (Filed 10/4/13)**

Status:    On September 20, 2013, the Court held a hearing on the motion and entered an initial Provisional Order. At the hearing, the Flynn parties made oral objections as reflected in the record, and this matter is going forward as an evidentiary hearing with respect to the effectiveness of the Provisional Order on the Flynn parties only. **Counsel for the Foreign Representatives has filed a reply in support of its motion.**

2.  Motion For Protective Order Pursuant To Rule 7026(c) Of The Federal Rules Of Bankruptcy Procedure And Rule 26(c) Of The Federal Rules Of Civil Procedure, by Foreign Representatives (Docket No. 66) (Filed 9/20/13)

    Related Documents:

    a.  Notice of Hearing (Docket No. 70) (Filed 9/20/13)

    Objection Deadline:   September 30, 2013 at 4:00 p.m. (Eastern).  Reply deadline is October 4, 2013 at 4:00 p.m. (Eastern)

    Objections/Responses Filed:

    a.  Objection to Special Liquidators' Motion for Protective Order and Cross-Motion to Compel Discovery, by Burlington Alpha LLC and Burlington Beta LLC (Docket No. 86) (Filed 9/30/13)

    b.  Joinder of John Flynn Sr., *et al.* to the Objection of Burlington Alpha LLC and Burlington Beta LLC to Special Liquidators' Motion for Protective Order (Docket No. 91) (Filed 10/1/13)

    c.  Joinder of Castleway Properties, LLC and Walnut-Rittenhouse Associates, L.P. to the Objection of Burlington Alpha LLC and Burlington Beta LLC to Special Liquidators' Motion for Protective Order (Docket No. 94) (Filed 10/3/13)

    d.  **Foreign Representatives' Omnibus Reply in Support of the Motion for Protective Order and Objection to Cross-Motion to Compel Discovery (Docket No. 97) (Filed 10/4/13)**

Status: This matter is going forward. **Counsel for the Foreign Representatives has filed a reply in support of its motion.**

Dated: October 4, 2013
Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Li
300 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 687-5000

- and –

LINKLATERS LLP
Martin N. Flics
Paul S. Hessler
Robert H. Trust
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000

*Attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited*