IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 15
                                                    :
IRISH BANK RESOLUTION CORPORATION                   :    Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION),                   :
                                                    :
            Debtor in a foreign                     :
            proceeding.                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## THIRD AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 12, 2013 AT 12:30 P.M. (EASTERN)

---

**THE TIME OF THE HEARING HAS BEEN CHANGED TO 12:30 P.M.
AT THE DIRECTION OF THE COURT.**

---

            Set forth below are the matters scheduled to be heard before the Honorable
Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court
for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware,
on December 12, 2013 beginning at 12:30 p.m. (Eastern).

## I.    CONTESTED MATTERS GOING FORWARD

1.    Motion To Modify Provisional Relief Or, In The Alternative, For Relief From Automatic
      Stay, by MPA Granada Highlands LLC and TBCI, LLC (Docket No. 145) (Filed
      11/15/13)

      Related
      Documents:

      a.    Second Supplemental Order Granting Provisional Relief Upon Filing For
            Recognition Of Foreign Proceeding Pursuant To 11 U.S.C. §§ 105(a) and 1519
            (Docket No. 104) (Filed 10/10/13)

      **b.    Supplemental Declaration of Eric Schlager (Docket No. 171) (Filed 12/11/13)**

---

[1]    **Revisions to the prior version of the agenda are indicated by bold text.**

Objection
Deadline:         December 5, 2013 at 4:00 p.m. (Eastern), reply deadline extended until
                  December 10, 2013 for MPA Granada Highlands LLC and TBCI, LLC

Objections/Responses Filed:

a.        Foreign Representatives' Objection To Motion To Modify Provisional Relief Or,
          In The Alternative, For Relief From Automatic Stay (Docket No. 157) (Filed
          12/5/13)

b.        Reply In Support Of Motion To Modify Provisional Relief Or, In The Alternative,
          For Relief From Automatic Stay, by MPA Granada Highlands LLC and TBCI,
          LLC (Docket No. 163) (Filed 12/10/13)

Status:         This matter is going forward.

Dated: December 11, 2013
       Wilmington, Delaware

                              SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                               */s/ Van C. Durrer, II*
                              Van C. Durrer, II (I.D. No. 3827)
                              Annie Li
                              300 South Grand Avenue
                              Los Angeles, California 90071
                              Telephone:  (213) 687-5000

                                - and -

                              LINKLATERS LLP
                              Martin N. Flics
                              Paul S. Hessler
                              Robert H. Trust
                              1345 Avenue of the Americas
                              New York, New York 10105
                              Telephone:  (212) 903-9000

                              *Attorneys for the Foreign Representatives of Irish
                              Bank Resolution Corporation Limited*