**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
In re:                                       :   Chapter 15
                                             :
IRISH BANK RESOLUTION CORPORATION            :   Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION),            :
                                             :
         Debtor in a foreign                 :
         proceeding.                         :
                                             :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KIERAN WALLACE AND EAMONN                    :
RICHARDSON, AS FOREIGN                       :   Adversary Proceeding
REPRESENTATIVES ON BEHALF OF IRISH           :   No. 13-52547 (CSS)
BANK RESOLUTION CORPORATION                  :
LIMITED (IN SPECIAL LIQUIDATION),            :
                                             :
         Plaintiffs,                         :
                                             :
v.                                           :
                                             :
JOHN FLYNN, SR., et. al.,                    :
                                             :
         Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PLAINTIFFS' STATUS REPORT

Kieran Wallace and Eamonn Richardson, the duly appointed and authorized foreign representatives (the "Foreign Representatives" or "Plaintiffs"), on behalf of Irish Bank Resolution Corporation Limited ("IBRC" or the "Debtor"), by and through their undersigned counsel, hereby submit this status report ("Status Report") as requested by the court pursuant to that certain *Notice and Order of Request for Status Report* [Docket No. 48] (the "Notice and Order") filed in the above-captioned adversary proceeding (the "Adversary Proceeding").

1.      Plaintiffs commenced the Adversary Proceeding on December 31, 2013, and simultaneously moved for a temporary restraining order and preliminary injunction in response to certain litigation commenced by the John Flynn Sr., *et al.* (the "<u>Flynn Parties</u>" or the "<u>Defendants</u>") in the United States District Court for the Southern District of New York (the "<u>New York Court</u>") on December 20, 2013 (the "<u>New York Action</u>") against the Foreign Representatives and certain of their advisors.[1]  *Flynn et al. v. National Asset Management Agency et al.*, Case No. 1:13-cv-09035-LAK.  On January 30, 2014, this Court granted the request for a preliminary injunction, entering an order reflecting the same [Docket No. 22] (the "<u>Preliminary Injunction Order</u>").

2.      Pursuant to the Preliminary Injunction Order, the Defendants were authorized to submit a notice to proceed with claims against certain non-debtor parties, and following Court approval, could file an amended complaint in the New York Action proceeding with such claims against non-debtor parties.  Defendants submitted a proposed amended complaint (the "<u>Amended Complaint</u>") to this Court, and on March 7, 2014, this Court entered an order permitting the Defendants to file the amended complaint and prosecute the actions set forth therein against certain non-debtor parties in the New York Action.  The Preliminary Injunction Order, and the preliminary injunction set forth therein, remain in effect pending further order from this Court.

3.      The Defendants filed the Amended Complaint on March 7, 2014 in the New York Action, and continued to prosecute the New York Action against certain non-debtor parties.  On July 29, 2014, the New York Court issued a memorandum opinion dismissing the New York Action based upon the ground of *forum non conveniens*.  A copy of such opinion is attached

---

[1] The Defendants had previously commenced a similar action against IBRC and other parties in the New York Court; however, such action has been stayed during the pendency of the above-captioned chapter 15 case.

hereto as <u>Exhibit A</u>.  The New York Court subsequently denied a motion by the Defendants to reconsider the dismissal, and judgment was entered on October 23, 2014.  The Defendants have not appealed the judgment.

4. On February 14, 2014, following this Court's entry of the Preliminary Injunction Order, the Defendants filed a motion to dismiss the Plaintiffs' complaint in this Adversary Proceeding [Docket No. 24] (the "<u>Motion to Dismiss</u>").  Plaintiffs responded to the Motion to Dismiss [Docket No. 37], and Defendants submitted a reply in support of the Motion to Dismiss [Docket No. 39].  A notice of completion of briefing was submitted on March 26, 2014 [Docket No. 45], and Plaintiffs and Defendants have each submitted separate requests for oral argument [Docket Nos. 41, 47].  This Court has not yet issued a ruling on the Motion to Dismiss, nor has this Court scheduled an oral argument regarding the same.

5. At this stage, Plaintiffs renew their request that this Court schedule oral argument on the pending Motion to Dismiss, at the convenience of the Court.

Dated:  May 1, 2015
       Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 /s/ *Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Li
300 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 687-5000

*Attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited*