IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

IRISH BANK RESOLUTION CORPORATION
LIMITED (IN SPECIAL LIQUIDATION),

                   Debtor in a Foreign Proceeding.

:   Chapter 15
:
:   Case No. 13-12159 (CSS)
:
:
:   **Related Docket No. 484**
:
:
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF (A) PROPOSED ORDER (I) APPROVING THE SALE OF
GREAT IRISH PUBS LOAN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS,
ENCUMBRANCES AND INTERESTS, (II) APPROVING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND (III) GRANTING
RELATED RELIEF, AND (B) FORM OF LOAN PURCHASE AND SALE AGREEMENT**

       PLEASE TAKE NOTICE that on April 20, 2015, Kieran Wallace and Eamonn

Richardson, the duly appointed and authorized foreign representatives (the "**Foreign**

**Representatives**" or "**Special Liquidators**") of Irish Bank Resolution Corporation Limited

("**IBRC**" or the "**Debtor**"), filed the Foreign Representatives' Motion For Orders: (A)(I)

Establishing Bidding Procedures Relating To The Sale Of The Great Irish Pubs Loan Assets, (II)

Applying Section 365 Of The Bankruptcy Code For Purposes Of This Motion, (III) Approving

Form And Manner Of Notice Of All Procedures, Protections, Schedules, And Agreements, (IV)

Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory

Contracts, And (V) Scheduling A Hearing To Consider The Proposed Sale, And (B)(I)

Approving The Sale Of Great Irish Pubs Loan Assets Free And Clear Of All Liens, Claims,

Encumbrances And Interests, (II) Approving The Assumption And Assignment Of Certain

Executory Contracts, And (III) Granting Related Relief (the "**Motion**") (Docket No. 484).

PLEASE TAKE FURTHER NOTICE that today, in connection with the Motion, the Foreign Representatives have filed (a) the proposed Order (I) Approving The Sale Of Great Irish Pubs Loan Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (II) Approving The Assumption And Assignment Of Certain Executory Contracts, And (III) Granting Related Relief, a true and correct copy of which is attached hereto as Exhibit A, and (b) a form of Loan Purchase and Sale Agreement, a true and correct copy of which is attached hereto as Exhibit B.

Dated:  May 11, 2015
        Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

*/s/ Van C. Durrer, II*
Van C. Durrer, II (I.D. No. 3827)
Annie Z. Li
300 South Grand Avenue
Los Angeles, California 90071
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

*Attorneys for the Foreign Representatives of Irish*
*Bank Resolution Corporation Limited*