# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Bankr. Case No. 13-12159-CSS |
| THE IRISH BANK RESOLUTION CORPORATION LIMITED (IN SPECIAL LIQUIDATION), | ) ) ) ) | |
| Debtor in a foreign proceeding, | ) ) | |
| JOHN FLYNN, SR., *et al.*, | ) ) | |
| Appellants, | ) ) | |
| v. | ) | C.A. No. 14-108-LPS |
| KIERAN WALLACE, *et al.*, | ) ) | |
| Appellees. | ) | |

## ORDER

At Wilmington, this 4th day of August, 2014, the Court having reviewed the appeal taken by John Flynn, Sr., *et al.*, and the papers submitted in connection therewith (D.I. 1; *see also* D.I. 34, 35, 36),

IT IS HEREBY ORDERED that, for the reasons stated in the Court's Memorandum entered this same date, the Bankruptcy Court's Order dated December 13, 2014 is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

UNITED STATES DISTRICT JUDGE