IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 15
:
IRISH BANK RESOLUTION CORPORATION : Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION), :
:
         Debtor in a foreign proceeding. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STATUS REPORT – SALE OF ASSETS RELATING TO MANDARIN ORIENTAL BOSTON

The Foreign Representatives and their undersigned counsel have received multiple indications of interest from various potential acquirers in connection with the loan/asset sale process pending in connection with the Mandarin Oriental Boston.[1] The Foreign Representatives have retained two advisors to advise IBRC and its affiliates in the anticipated sale process for the Assets.

With respect to the Loan Assets, the Foreign Representatives have retained Jones Lang LaSalle Americas Inc. ("JLL") to assist in the sale of such assets. The JLL team may be contacted as follows:

---

[1] Capitalized terms used in this section but not otherwise defined herein shall have the meanings ascribed thereto in the *Foreign Representatives' Motion For Orders: (A)(I) Establishing Bidding Procedures Relating To The Sale Of Certain Assets Relating to the Mandarin Oriental Boston, (II) Applying Section 365 Of The Bankruptcy Code For Purposes Of This Motion, (III) Approving Form And Manner Of Notice Of All Procedures, Protections, Schedules, And Agreements, (IV) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts, And (V) Scheduling A Hearing To Consider The Proposed Sale, And (B)(I) Approving The Sale Of Certain Assets Relating to the Mandarin Oriental Boston Free And Clear Of All Liens, Claims, Encumbrances And Interests, (II) Approving The Assumption And Assignment Of Certain Executory Contracts, And (III) Granting Related Relief* (Docket No. 485) (the "MOBOS Sale Motion").

>Jones Lang LaSalle
>Capital Markets Group
>Attn: Jessica C. Hughes
>One Post Office Square
>Boston MA 02109
>jessica.hughes@am.jll.com
>Tel: 617-531-4132

With respect to the Hotel Assets, the Foreign Representatives have retained JLL to assist in the sale of such assets. The JLL team may be contacted as follows:

>Jones Lang LaSalle
>Hotels & Hospitality Group
>Attn: Robert J. Webster
>Sovereign Building, Suite 1425
>3344 Peachtree Road NE
>Atlanta, GA 30326
>Robert.webster@am.jll.com
>Tel: 404-995-2142

With respect to the Retail Assets, the Foreign Representatives have retained Cushman & Wakefield to assist in the sale of such assets. The Cushman & Wakefield team may be contacted as follows:

>Cushman & Wakefield
>Attn: Geoffrey Millerd, Executive Vice President
>225 Franklin Street, Suite 300
>Boston, MA 02110
>Geoffrey.millerd@cushwake.com
>Tel: 617-204-5927

The Advisors will be contacting all parties who have indicated interest in the Assets. The Advisors expect to launch the sale process on or around September 8, 2015.

The Foreign Representatives, following consultation with their advisors, have also established the following deadlines and key dates for the ongoing Sale process:

| | |
|---|---|
| September 8, 2015 | Sale process is launched by advisors |
| November 6, 2015 by 5:00 p.m. | Potential Bidders must submit a Letter of Intent (as |

| prevailing Eastern time | defined below) |
|---|---|
| November 25, 2015 by 5:00 p.m. prevailing Eastern Time | Bid Deadline – due date for Bidders to submit the documents set forth in subsection 5(b). |
| December 2-4, 2015 beginning each day at at 10:00 a.m. prevailing Eastern Time | Auction to be held at the office of Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, IL 60606-1720, unless otherwise determined by IBRC. |
| December 7, 2015 | Delivery of a Right of First Offer Notice by IBRC to the Mandarin Oriental Management Entities. |
| January 6, 2016 | Deadline for the Mandarin Oriental Management Entities to deliver an Election Notice to IBRC. |
| January 8, 2016 | Deadline for IBRC to file a notice with the Bankruptcy Court stating whether the Mandarin Oriental Management Entities delivered an Election Notice to exercise the Right of First Offer. |
| [_____], 2015/6 at 4:00 p.m. prevailing Eastern Time | Proposed Objection Deadline for Sale Motion. |
| January [___], 2016 at 10:00 a.m. prevailing Eastern Time | Proposed Sale Hearing – Anticipated Date on which Bankruptcy Court will approve a form of sale order. |

Please note that the Foreign Representatives will be seeking preliminary non-binding letters of intent (each a "Letter of Intent") from all Potential Bidders no later than November 6, 2015. Such Letters of Intent should, at a minimum, contain the following information: a) identification of the Assets which such Potential Bidder is seeking to bid upon, b) proposed purchase price for such Assets, c) source of capital to fund proposed purchase price, and d) proof of funds. All of the information contained in the Letter of Intent must be satisfactory to the Special Liquidators in their sole discretion. Only those Potential Bidders who submit satisfactory Letters of Intent will be permitted to submit final bid documentation as set forth in section 5(b) of the Bidding Procedures. For the avoidance of doubt, the modifications to the Bidding Procedures contained in this Status Report remain subject in all respects to the Bidding Procedures themselves and to the relevant orders entered by this Court.

**OCTOBER 16 HEARING**

The Foreign Representatives will request that the current sale hearing, which is currently on the Court's calendar for October 16, 2015, be deferred to accommodate the revised sale process timeline. Counsel for the Foreign Representatives will serve a revised Notice of Hearing, reflecting the new hearing date and new objection deadlines, as appropriate.

In addition, the Foreign Representatives will request that the October 16, 2015 hearing date be preserved on the Court's calendar as an omnibus hearing date. Counsel for the Foreign Representatives will timely serve Notices of Hearing as appropriate for any and all matters calendared for hearing on October 16, 2015.

Dated: September 4, 2015
       Wilmington, Delaware

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              */s/ Van C. Durrer, II*
                              Van C. Durrer, II (I.D. No. 3827)
                              Annie Li
                              300 South Grand Avenue
                              Los Angeles, California 90071
                              Telephone: (213) 687-5000

                              *Attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited*