IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 15
:
IRISH BANK RESOLUTION CORPORATION : Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION), :
:
Debtor in a foreign proceeding. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 16, 2015 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware, on October 16, 2015 beginning at 10:00 a.m. (Eastern).

> **GIVEN THE STATUS OF THE MATTER SET FORTH BELOW, THE HEARING HAS BEEN CANCELED AT THE DIRECTION OF THE COURT.**

**I.    RESOLVED MATTERS**

1. Foreign Representatives' Motion For Order In Aid Of Prior Order Compelling Compliance With Subpoena And Directing Consent To Release Of Information (Docket No. 553) (Filed 9/18/15)

   Related Documents:

   a. Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena And Directing Consent To Release Of Information (Docket No. 447) (Filed 10/31/14)

   b. Declaration Of Van C. Durrer, II In Support Of Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena And Directing Consent To Release Of Information (Docket No. 448) (Filed 10/31/14)

   c. Order Compelling Compliance With Subpoena And Directing Consent To Release Of Information (Docket No. 462) (Filed 11/20/14)

 d. Certificate of No Objection Regarding Foreign Representatives' Motion For Order In Aid Of Prior Order Compelling Compliance With Subpoena And Directing Consent To Release Of Information (Docket No. 554) (Filed 10/6/15)

 e. Order In Aid Of Prior Order Compelling Compliance With Subpoena And Directing Consent To Release Of Information (Docket No. 555) (Filed 10/8/15)

Deadline: October 2, 2015 at 4:00 p.m. (Eastern)

Objections/Responses Filed: None.

Status: An order has been entered at Docket No. 555.

Dated: October 13, 2015
Wilmington, Delaware

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

   */s/ Van C. Durrer, II*
   Van C. Durrer, II (I.D. No. 3827)
   Annie Li
   300 South Grand Avenue
   Los Angeles, California 90071
   Telephone:  (213) 687-5000

   *Attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited*