IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 15
:
IRISH BANK RESOLUTION CORPORATION : Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION), :
:
      Debtor in a foreign proceeding. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL IN SUPPORT OF ORDER APPROVING
STIPULATION REGARDING RESERVED PROCEEDS**

Kieran Wallace and Eamonn Richardson, the duly appointed and authorized foreign representatives (the "Foreign Representatives" or "Special Liquidators") of Irish Bank Resolution Corporation Limited ("IBRC" or the "Debtor"), by and through their undersigned counsel, hereby certifies as follows:

Burlington Alpha LLC and Burlington Beta LLC (the "Burlington Parties"), by and through their counsel, have made inquiry regarding the claims and distribution process currently ongoing in the foreign main proceeding pending in Ireland with respect to IBRC and its assets. Pending any determination with respect to such process, the Foreign Representatives and the Burlington Parties have agreed to the Stipulation Regarding Reserved Proceeds (the "Stipulation"), attached to the proposed Order as Exhibit A thereto.

The Stipulation was circulated to, reviewed by, and consented to by counsel for the Foreign Representatives, and counsel for the Burlington Parties. Accordingly, it is respectfully requested that the Court enter the proposed Order approving the Stipulation attached hereto as Exhibit 1 at its earliest convenience.

2

| | |
|---|---|
| Date: November 10, 2015 | */s/ Van C. Durrer, II* |
| | Van C. Durrer, II (DE Bar No. 3827) |
| | Annie Li |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 S. Grand Avenue, Suite 3400 |
| | Los Angeles, CA  90071 |
| | Tel.: (213) 687.5200 |
| | Fax: (213) 621.5200 |
| | |
| | *Attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited* |