IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 15 |
|  | : |  |
|  | : | Case No. 13-12159 (CSS) |
| IRISH BANK RESOLUTION CORPORATION | : |  |
| LIMITED (IN SPECIAL LIQUIDATION), | : | **Hearing:  December 15, 2015 at 11:00 a.m. (EST)** |
|  | : | **Objection Deadline:  December 7, 2015 at 4:00** |
| Debtor in a Foreign Proceeding. | : | **p.m. (EST)** |
|  | : |  |
|  | : | **Related Docket Nos. 482, 483, 501** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING REGARDING FOREIGN REPRESENTATIVES' MOTION FOR ORDERS: (A)(I) ESTABLISHING BIDDING PROCEDURES RELATING TO THE SALE OF CERTAIN ASSETS RELATING TO THE MANDARIN ORIENTAL BOSTON, (II) APPLYING SECTION 365 OF THE BANKRUPTCY CODE FOR PURPOSES OF THIS MOTION, (III) APPROVING FORM AND MANNER OF NOTICE OF ALL PROCEDURES, PROTECTIONS, SCHEDULES, AND AGREEMENTS, (IV) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND (V) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE, AND (B)(I) APPROVING THE SALE OF SUCH ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (II) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on April 20, 2015, Kieran Wallace and Eamonn Richardson, the duly appointed and authorized foreign representatives (the "**Foreign Representatives**" or "**Special Liquidators**") of Irish Bank Resolution Corporation Limited ("**IBRC**" or the "**Debtor**"), filed the Foreign Representatives' Motion For Orders: (A)(I) Establishing Bidding Procedures Relating To The Sale Of Certain Assets Relating To The Mandarin Oriental Boston, (II) Applying Section 365 Of The Bankruptcy Code For Purposes Of This Motion, (III) Approving Form And Manner Of Notice Of All Procedures, Protections, Schedules, And Agreements, (IV) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts, And (V) Scheduling A Hearing To Consider The

Proposed Sale, And (B)(I) Approving The Sale Of Such Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (II) Approving The Assumption And Assignment Of Certain Executory Contracts, And (III) Granting Related Relief (Docket No. 482) (the "**Motion**").  You have previously been served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that on May 12, 2015, the Court entered the Order (I) Establishing Bidding Procedures Relating To The Sale Of Certain Assets Relating To The Mandarin Oriental Boston, (II) Applying Section 365 Of The Bankruptcy Code For Purposes Of This Motion, (III) Approving Form And Manner Of Notice Of All Procedures, Protections, Schedules, And Agreements, (IV) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts, And (V) Scheduling A Hearing To Consider The Proposed Sale (Docket No. 501), approving the bidding procedures for the sale of assets.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion approving the sale of assets will be held on **December 15, 2015 at 11:00 a.m. (Eastern)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom 6, 824 North Market Street, Wilmington, Delaware 19801 ("**Hearing**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the undersigned attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited no later than **December 7, 2015 at 4:00 p.m. (Eastern)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  November 10, 2015
      Wilmington, Delaware

                                      SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP

                                      */s/ Van C. Durrer, II*
                                      Van C. Durrer, II (I.D. No. 3827)
                                      Annie Z. Li
                                      300 South Grand Avenue
                                      Los Angeles, California 90071
                                      Telephone:  (213) 687-5000
                                      Facsimile:  (213) 687-5600

                                      *Attorneys for the Foreign Representatives of Irish Bank Resolution Corporation Limited*