IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 15
:
IRISH BANK RESOLUTION CORPORATION : Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION), :
:
        Debtor in a foreign proceeding. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CANCELLATION OF HEARING

PLEASE TAKE NOTICE that the hearing (the "Hearing") previously scheduled for December 15, 2015 at 11:00 a.m. (Eastern) in the above-captioned bankruptcy case has been canceled, with the permission of the Court.

Dated: December 7, 2015
      Wilmington, Delaware

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP

                                        */s/ Van C. Durrer, II*
                                        Van C. Durrer, II (I.D. No. 3827)
                                        Annie Li
                                        300 South Grand Avenue
                                        Los Angeles, California 90071
                                        Telephone: (213) 687-5000

                                        *Attorneys for the Foreign Representatives of Irish*
                                        *Bank Resolution Corporation Limited*