## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                      :
                                            :        Chapter 15
IRISH BANK RESOLUTION                       :
CORPORATION LIMITED                         :        Case No.: 13-12159 (CSS)
(IN SPECIAL LIQUIDATION)                    :
                                            :        Docket No.: 571
        Debtor in a foreign proceeding.     :
_____         :

## ORDER

For the reasons set forth in the Court's opinion dated November 7, 2016, the

Foreign Representatives' Motion for Order (1) Granting Additional Relief Pursuant to 11

U.S.C. §§ 1521(a)(7) and (2) Directing Yahoo! Inc. to Turn Over Information to the Foreign

Representatives [Docket No.: 571] filed on January 20, 2016, is DENIED.

                                    _____
                                    Christopher S. Sontchi
                                    United States Bankruptcy Judge

Date: November 7, 2016