IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :   Chapter 15
                                        :
IRISH BANK RESOLUTION CORPORATION       :   Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION),       :
                                        :
        Debtor in a Foreign Proceeding. :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

# DECLARATION OF SERVICE

I, Van C. Durrer, II, hereby certify that on May 8, 2017, I caused the following documents to be served on the parties listed on Exhibit A attached hereto by facsimile transmission and by electronic mail as indicated.

- Amended Notice of Agenda of Matters Scheduled for Hearing On May 9, 2017 At 10:00 a.m. (Eastern) (Dkt. 600)

- Second Amended Notice of Agenda of Matters Scheduled for Hearing On May 9, 2017 At 10:00 a.m. (Eastern) (Dkt. 601)

On May 8, 2017, I caused the following document to be served on the parties listed on Exhibit A attached hereto by first class U.S. mail and by electronic mail as indicated.

- Order Entrusting Distribution Of Assets To Foreign Representatives (Dkt. 602)

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        */s/ Van C. Durrer, II*
        Van C. Durrer, II (I.D. No. 3827)
        Annie Li
        300 South Grand Avenue
        Los Angeles, California 90071
        Telephone: (213) 687-5000

        *Attorneys for the Foreign Representatives of*
        *Irish Bank Resolution Corporation Limited*

# EXHIBIT A

808532-WILSR01A - MSW

**In re Irish Bank Resolution Corporation Limited (In Special Liquidation)**
**Case No. 13-12159 (CSS)**
**Master Service List**

Van C. Durrer, II, Esq. (Van.Durrer@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Martin N. Flics, Esq. (martin.flics@linklaters.com)
Paul S. Hessler, Esq. (paul.hessler@linklaters.com)
Robert H. Trust, Esq. (robert.trust@linklaters.com)
Nancy Chu, Esq. (nancy.chu@linklaters.com)
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Mark D. Collins, Esq. (Collins@rlf.com)
Jason M. Madron, Esq. (Madron@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Robert S. Brady, Esq. (bankfilings@ycst.com)
Robert F. Poppiti, Jr., Esq. (rpoppiti@ycst.com)
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Allan S. Brilliant, Esq. (allan.brilliant@dechert.com)
Dennis H. Hranitzky, Esq.
(dennis.hranitzky@dechert.com)
Craig P. Druehl, Esq. (craig.druehl@dechert.com)
Stephen M. Wolpert, Esq.
(Stephen.wolpert@dechert.com)
David A. Kotler, Esq. (david.kotler@dechert.com)
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

Frederick B. Rosner, Esq. (rosner@teamrosner.com)
Scott J. Leonhardt, Esq. (leonhardt@teamrosner.com)
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Facsimile: N/A

David M. Fournier, Esq. (fournierd@pepperlaw.com)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Charles J. Brown, III, Esq. (cbrown@gsbblaw.com)
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5813
Facsimile: (302) 425-5814

Doron A. Henkin, Esq. (dhenkin@henkinlaw.com)
The Law Office of Doron A. Henkin
Radnor Financial enter
150 N. Radnor-Chester Road, Suite F200
Radnor, PA 19087
Telephone: (610) 977-2083
Facsimile: (610) 572-7130

Stephen M. Miller, Esq. (smiller@morrisjames.com)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE   19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

Steven M. Abramowitz, Esq.
(sabramowitz@velaw.com)
Vinson & Elkins LLP
666 Fifth Ave., 26th Floor
New York, NY   10103
Telephone: (212) 237-0137
Facsimile:  (917) 849-5381

Josiah M. Daniel, III, Esq. (jdaniel@velaw.com)
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX   75201-2975
Telephone:  (214) 220-7718
Facsimile:  (214) 999-7718

Gregory A. Taylor, Esq.
 (gtaylor@ashby-geddes.com)
Amanda Winfree Herrmann, Esq.
(aherrmann@ashby-geddes.com)
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE   19899-1150
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

Jeff Smith, Esq.
Steven Bryant, Esq.
Locke Lord LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX   77002

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY   10169
Telephone:  (212) 818-9200
Facsimile:  (212) 818-9606

Kathleen M. Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue
Suite 1000
P.O. Box 410
Wilmington, DE   19899

Jason B. Burnett, Esq.
David S. Hendrix, Esq.
Alissa M. Ellison, Esq.
Gray Robinson, P.A.
50 North Laura St., Suite 1100
Jacksonville, FL 32202

Marc Kieselstein, Esq.
Justin R. Bernbrock, Esq.
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL   60654

Jeffrey M. Reisner, Esq.
Irell & Manella LLP
jreisner@irell.com
**(by electronic mail)**

2

722349.02-WILSR01A - MSW