# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br><br>IRISH BANK RESOLUTION )<br>CORPORATION )<br>LIMITED (IN SPECIAL LIQUIDATION), )<br>)<br>Debtor in a Foreign Proceeding. )<br>) | Chapter 15<br><br>Case No. 13-12159 (CSS) |

## NOTICE OF WITHDRAWAL OF DOCUMENT FILED IN ERROR [DOCKET NO. 610]

On May 18, 2018, an *Motion for an Order Pursuant to Sections 105(a) And 1525(b) of the Bankruptcy Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure (I) Directing the Foreign Representatives to Produce Documents and (II) Delaying the Closing of the Chapter 15 Case Until All Controversies with Michael Breslin Have Been Resolved* [Docket No. 610] was filed in error on the Docket.  The Motion was later timely filed, and Docket No. 610 is hereby withdrawn.

Date:  May 21, 2018

**STEVENS & LEE, P.C.**
/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, DE  19801
Telephone:    (302) 425-3310
Fax:              (610) 371-7972
Email:           jhh@stevenslee.com

SL1 1524046v1 111901.00001