UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter 15

                              Case No. 13 - 12159 ( CSS )

Debtor: Irish Bank Resolution Corporation Limited (In Special Liquidation)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Alec P. Ostrow

to represent Michael Breslin

in this action.

_____
Joseph H. Huston, Jr. (No. 4035)
Firm Name: Stevens & Lee, P.C.
Address: 919 N. Market Street, Suite 1300
Wilmington, DE 19801
Phone: (302) 425-3310
Email: jhh@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____

Firm Name: Becker, Glynn, Muffly, Chassin & Hosinski, LLP
Address: 299 Park Avenue
New York, NY 10171
Phone: (212) 888-3033
Email: aostrow@beckerglynn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105