# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| THE IRISH BANK RESOLUTION CORPORATION LIMITED (IN SPECIAL LIQUIDATION) | Case No. 13-12159 (CSS) |
| | Related Docket No. 633 |
| Debtor in a foreign proceeding. | |

## ORDER

Upon consideration of the Motion of Paddy McKillen, Anthony Leonard and Clarendon Properties Limited for an Order (I) Determining that the Automatic Stay Does Not Apply or (II) Granting Relief from the Automatic Stay in Order to File and Adversary Complaint (the "Motion") [D.I. 633] filed on July 13, 2018; the Court having reviewed the Motion and the responses thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on October 31, 2018 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) notice of the Motion and the Hearing were sufficient notice under the circumstances; and (iii) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth at the Hearing, the Motion is Denied.

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge

Dated: October 31, 2018