**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ---------------------------------- x | : | |
| In re: | : | Chapter 15 |
| | : | |
| IRISH BANK RESOLUTION CORPORATION LIMITED (IN SPECIAL LIQUIDATION), | : : | Case No. 13-12159 (CSS) |
| | : | |
| Debtor in a foreign proceeding. | : | **Related Docket No. 671**, **683** |
| | : | |
| ---------------------------------- x | | |

**ORDER APPROVING JOINT STIPULATION OF UNDISPUTED FACTS IN RESPECT OF FOREIGN REPRESENTATIVES' MOTION TO ESTABLISH APPLICABLE POST-LIQUIDATION INTEREST RATE OF CERTAIN SUBORDINATED NOTES PURSUANT TO 11 U.S.C. §§ 726(a)(5), 1507, AND 1521(a)**

Upon consideration of the Joint Stipulation of Undisputed Facts in Respect of Foreign Representatives' Motion to Establish Applicable Post-Liquidation Interest Rate of Certain Subordinated Notes Pursuant to 11 U.S.C. §§ 726(a)(5), 1507, and 1521(a) (the "Joint Stipulation"), attached hereto as Exhibit A; and the Court having determined that good and adequate cause exists for approval of the Joint Stipulation; and the Court having determined that no further notice of the Joint Stipulation must be given;

IT IS HEREBY ORDERED that the Joint Stipulation is approved in its entirety and entered as an order of this Court.

# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
In re:                                                           :  Chapter 15
                                                                 :
IRISH BANK RESOLUTION CORPORATION                                :  Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION),                                :
                                                                 :
Debtor in a foreign proceeding.                                  :  **Related Docket No. 671**
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT STIPULATION OF UNDISPUTED FACTS IN RESPECT OF FOREIGN REPRESENTATIVES' MOTION TO ESTABLISH APPLICABLE POST-LIQUIDATION INTEREST RATE OF CERTAIN SUBORDINATED NOTES PURSUANT TO 11 U.S.C. §§ 726(a)(5), 1507, AND 1521(a)**

Kieran Wallace and Eamonn Richardson, the duly appointed and authorized foreign representatives (the "Foreign Representatives" or "Special Liquidators") of Irish Bank Resolution Corporation Limited ("IBRC" or the "Debtor"), which is subject to a liquidation proceeding in Ireland (the "Irish Proceeding"), Burlington Alpha LLC and Burlington Beta LLC (collectively, "Burlington"), ACMO S.à.r.l. ("Anchorage"), Attestor Value Master Fund LP ("Attestor"), and Deutsche Bank AG, London Branch ("DB", and collectively with Anchorage, Attestor, and Burlington, the "Noteholders" and, together with the Debtor and the Special Liquidators, the "Parties"), by and through their respective counsel of record, hereby submit this joint stipulation (the "Joint Stipulation") of undisputed facts and stipulate as follows:[1]

1. Under Irish law, the Special Liquidators are primarily responsible for admitting or otherwise determining the status and amount of creditor claims, subject to the provisions of the Irish Bank Resolution Corporation Act 2013, including the supervisory powers of the courts of

---

[1] Although the parties agree that the facts set forth herein are not in dispute, they reserve their respective rights to raise their own legal and factual arguments in connection with any briefs or other pleadings in connection with this case or otherwise.

Ireland. Given the progress of the liquidation of IBRC's assets and the determination of claims as described in paragraphs 7 through 9 of the *Foreign Representatives' Motion to Establish Applicable Post-Liquidation Interest Rate of Certain Subordinated Notes Pursuant To 11 U.S.C. §§ 726(a)(5), 1507, and 1521(a)* (the "<u>Motion</u>")[2] and the "Progress Update Report" dated May 22, 2019 attached as Exhibit C to the Motion, the Special Liquidators have determined that there will be a surplus of proceeds in excess of admitted claims. Under those circumstances, it is appropriate for the Debtor to pay interest, both for the periods preceding and following IBRC's formal liquidation proceeding.

2. With respect to claims entitled to receive post-proceeding interest, the Special Liquidators examined applicable law that governs the underlying obligations. In the case of IBRC's outstanding subordinated EMTN notes issued under English law (the "<u>EMTN Notes</u>"), the Special Liquidators concluded that the rate of post-proceeding interest payable to holders of EMTN Notes in a liquidation proceeding producing a surplus is the rate of interest set out in the contract.

3. The EMTN Notes and those certain subordinated notes issued by Anglo Irish Bank Corporation PLC (n/k/a IBRC) under a Note Purchase Agreement dated September 28, 2005 are *pari passu* in right of payment.

4. Other than through the Motion, the Special Liquidators have not previously applied, or attempted to apply, the rate of interest set forth in 11 U.S.C. § 726(a)(5) to any claims submitted in the Irish Proceeding.

5. The Bankruptcy Court shall retain jurisdiction to interpret, enforce, and resolve any disputes arising under or related to this Joint Stipulation.

---

[2]  Capitalized terms used but not defined herein have the meanings given to them in the Motion.

6. Each Party hereto represents and warrants to the other that: (a) such Party has full power and authority to enter into and perform in accordance with the terms of this Joint Stipulation; and (b) this Joint Stipulation is duly executed and delivered and constitutes a valid and binding agreement in accordance with its terms.

7. This Joint Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signature transmitted by facsimile or electronic mail shall be deemed an original signature for purposes of this Joint Stipulation.

IN WITNESS WHEREOF the Parties hereto have caused this Joint Stipulation to be duly executed as of this 7th day of November, 2019.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| DECHERT LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: */s/ Allan Brilliant*<br>Allan Brilliant<br>Dennis Hranitzky<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Email: Allan.Brilliant@dechert.com<br>Email: Dennis.Hranitzky@dechert.com | By: */s/ Van C. Durrer, II*<br>Van C. Durrer, II (I.D. No. 3827)<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Email: Van.Durrer@skadden.com |
| *Counsel for Burlington Alpha LLC and Burlington Beta LLC* | *Counsel for the Foreign Representatives of Irish Bank Resolution Corporation Limited* |
| ASHBY & GEDDES LLP | LATHAM & WATKINS LLP |
| By: */s/ Michael D. DeBaecke*<br>William P. Bowden (No. 2553)<br>Michael D. DeBaecke (No. 3186)<br>500 Delaware Ave, 8th Floor,<br>Wilmington, DE 19801<br>Telephone: (302) 654-1888<br>Email: WBowden@ashbygeddes.com<br>Email: MDeBaecke@ashbygeddes.com | By: */s/ Andrew M. Parlen*<br>Andrew M. Parlen<br>Adam J. Goldberg<br>Leah Friedman<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (213) 687-5000<br>Facsimile: (212) 751-4864<br>Email: Andrew.Parlen@lw.com<br>Email: Adam.Goldberg@lw.com<br>Email: Leah.Friedman@lw.com |
| *Counsel for ACMO S.à.r.l, Attestor Value Master Fund LP, and Deutsche Bank AG, London Branch* | *Counsel for ACMO S.à.r.l, Attestor Value Master Fund LP, and Deutsche Bank AG, London Branch* |

**Dated: November 7th, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

830644-LACSR02A - MSW