**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
In re:                                             :   Chapter 15
                                                   :
IRISH BANK RESOLUTION CORPORATION                  :   Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION),                  :
                                                   :
         Debtor in a foreign proceeding.           :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 14, 2019 AT 2:00 P.M.**

Set forth below are the matters scheduled to be heard before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware, on November 14, 2019 beginning at 2:00 p.m. Eastern.

**I.     MATTERS GOING FORWARD**

1.  Foreign Representatives Motion to Establish Applicable Post-Liquidation Interest Rate of Certain Subordinated Notes Pursuant to 11 U.S.C. §§ 726(a)(5), 1507, and 1521(a) [Docket No. 671] (Date Filed: 10/18/19)

    Related Documents:

    a.  Certification of Counsel in Support of Order Approving Joint Stipulation of Undisputed Facts in Respect of Foreign Representatives' Motion to Establish Applicable Post-Liquidation Interest Rate of Certain Subordinated Notes Pursuant to 11 U.S.C. §§ 726(a)(5), 1507, and 1521(a) [Docket No. 683] (Date Filed: 11/7/19)

    b.  Order Approving Joint Stipulation of Undisputed Facts in Respect of Foreign Representatives Motion to Establish Applicable Post Liquidation Interest Rate of Certain Subordinated Notes Pursuant to to 11 U.S.C. §§ 726(a)(5), 1507, and 1521(a) [Docket No. 688] (Date Filed: 11/7/19)

    Objection
    Deadline:    November 1, 2019 at 4:00 p.m. (Eastern)

Objections/
Responses Filed:

a.  Objection of Burlington Alpha, LLC and Burlington Beta, LLC to Foreign Representatives' Motion to Establish Post-Liquidation Interest Rate of Certain Subordinated Notes [Docket No. 673] (Date Filed: 11/1/19)

   Related Document

   i.  Declaration of Robert F. Poppiti, Jr. in Support of Objection to Foreign Representatives' Motion to Establish Post-Liquidation Interest Rate of Certain Subordinated Notes [Docket No. 674] (Date Filed: 11/1/19)

b.  Objection of ACMO S.à.r.l., Attestor Value Master Fund LP, and Deutsche Bank AG, London Branch to Foreign Representatives' Motion to Establish Post-Liquidation Interest Rate of Certain Subordinated Notes [Docket No. 675] (Date Filed: 11/1/19)

c.  Foreign Representatives' Omnibus Reply to Noteholders' Objections to Motion to Establish Applicable Post-Liquidation Interest Rate of Certain Subordinated Notes Pursuant to 11 U.S.C. §§ 726(a)(5), 1507, and 1521(a) [Docket No. 678] (Date Filed: 11/5/19)

Status:   This matter is going forward.

Dated: November 12, 2019
       Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 /s/ Van C. Durrer, II
Van C. Durrer, II (I.D. No. 3827)
300 South Grand Avenue
Los Angeles, California 90071
Telephone:  (213) 687-5000

*Attorney for the Foreign Representatives of Irish Bank Resolution Corporation Limited*