IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :

In re:                                              :    Chapter 15

IRISH BANK RESOLUTION CORPORATION    :    Case No. 13-12159 (CSS)
LIMITED (IN SPECIAL LIQUIDATION),

Debtor in a foreign proceeding.              :    **Related Docket Nos. 671, 673, 674, 675**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF THE FOREIGN REPRESENTATIVES' MOTION TO ESTABLISH APPLICABLE POST-LIQUIDATION INTEREST RATE OF CERTAIN SUBORDINATED NOTES PURSUANT TO 11 U.S.C. §§ 726(a)(5), 1507, AND 1521(a)**

**PLEASE TAKE NOTICE** that, on October 18, 2019, Kieran Wallace and Eamonn Richardson, the duly appointed and authorized foreign representatives (the "Foreign Representatives" or "Special Liquidators") of Irish Bank Resolution Corporation Limited ("IBRC" or the "Debtor") filed the *Foreign Representatives' Motion to Establish Applicable Post-Liquidation Interest Rate of Certain Subordinated Notes Pursuant to 11 U.S.C. §§ 726(a)(5), 1507, and 1521(a)* [ECF No. 671] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on November 1, 2019, Burlington Alpha LLC and Burlington Beta LLC, on behalf of themselves and Alta-One Claudius Investments S.à.r.l. and Luxembourg Investment Company 83 S.à.r.l., as transferees of the Notes[1] formerly held by Burlington Alpha LLC and Burlington Beta LLC (collectively, the "Burlington Entities") filed an objection to the Motion at Docket No. 673, and ACMO S.à.r.l. ("Anchorage"), Attestor Value Master Fund LP ("Attestor"), and Deutsche Bank AG, London

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Branch ("DB" and, collectively with Anchorage and Attestor, the "AADB Entities") filed an objection to the Motion at Docket No. 675.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representatives, pursuant to rule 7041 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to the Motion as a contested matter pursuant to Bankruptcy Rule 9014(c), and with the consent of the Burlington Entities and the AADB Entities, hereby withdraw the Motion with prejudice.

Dated: November 13, 2019
       Wilmington, Delaware

                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                              */s/ Van C. Durrer, II*
                                              Van C. Durrer, II (I.D. No. 3827)
                                              300 South Grand Avenue
                                              Los Angeles, California 90071
                                              Telephone: (213) 687-5000
                                              Email: Van.Durrer@skadden.com

                                              *Counsel for the Foreign Representatives*
                                              *of Irish Bank Resolution Corporation Limited*

DECHERT LLP

By: */s/ Allan Brilliant*_____
Allan Brilliant
Dennis Hranitzky
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Email: Allan.Brilliant@dechert.com
Email: Dennis.Hranitzky@dechert.com

*Counsel for Burlington Alpha LLC, Burlington Beta LLC, AltaOne-Claudius Investments S.à.r.l., and Luxembourg Investment Company 83 S.à.r.l.*


ASHBY & GEDDES LLP

By: */s/ Michael D. DeBaecke*_____
William P. Bowden (No. 2553)
Michael D. DeBaecke (No. 3186)
500 Delaware Ave, 8th Floor,
Wilmington, DE 19801
Telephone: (302) 654-1888
Email: WBowden@ashbygeddes.com
Email: MDeBaecke@ashbygeddes.com

*Counsel for ACMO S.à.r.l, Attestor Value Master Fund LP, and Deutsche Bank AG, London Branch*

LATHAM & WATKINS LLP

By: */s/ Andrew M. Parlen*
Andrew M. Parlen
Adam J. Goldberg
Leah Friedman
885 Third Avenue
New York, New York 10022
Telephone: (213) 687-5000
Facsimile:  (212) 751-4864
Email: Andrew.Parlen@lw.com
Email: Adam.Goldberg@lw.com
Email: Leah.Friedman@lw.com

*Counsel for ACMO S.à.r.l, Attestor Value Master Fund LP, and Deutsche Bank AG, London Branch*

4